```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
THE UNITED STATES SMALL BUSINESS        :
ADMINISTRATION as RECEIVER FOR INTER    :
EQUITY CAPITAL PARTNERS, L.P., and      :    00 CV 5356 (JSR)
THE UNITED STATES SMALL BUSINESS        :
ADMINISTRATION RECEIVER FOR FIRST       :
WALL STREET, SBIC, L.P.,                :

              Plaintiffs,               :

              -v-                       :

MARK S. HAUKEDAHL, et al.,              :

              Defendants.               :
------------------------------------ x
------------------------------------ x
THE UNITED STATES SMALL BUSINESS        :
ADMINISTRATION as RECEIVER FOR INTER    :
EQUITY CAPITAL PARTNERS, L.P., and      :
THE UNITED STATES SMALL BUSINESS        :    04 CV 1744 (JSR)
ADMINISTRATION RECEIVER FOR FIRST       :
WALL STREET, SBIC, L.P.,                :

              Petitioners,              :
                                        :         ORDER
              -v-                       :

MARK S. HAUKEDAHL, et al.,              :

              Respondents.              :
------------------------------------ x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/09

JED S. RAKOFF, U.S.D.J.

On July 13, 2006, the Court issued an Order of Contempt and Arrest Warrant in the above-captioned actions, requiring defendant Mark S. Haukedahl to "be committed to [] jail and held there until [he] complies with the Temporary Restraining Order of March 3, 2004, this Court's Order of May 4, 2005, and the subpoena duly served by the Receiver." Defendant was thereafter convicted of a variety of federal crimes in the United States District Court, Northern District of Ohio, and is currently serving a term of imprisonment for those

crimes. This Court subsequently closed the receivership in the instant actions. Accordingly, the Court hereby recalls and vacates the July 13, 2006 Arrest Warrant.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         July 29, 2009